BEFORE THE FIRST DIVISION, OCTOBER 1, 1941

**No. 46375.**—Protest 37625–K of S. S. Perry (San Francisco).

Opinion by Oliver, P. J. At the trial it was agreed that the bags in question. are made of sea grass in its natural state. The claim at 25 percent under paragraph 1537 was therefore sustained.